AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

United States of America
v.
**JAMES LITTON**

Case No. 19-CR-20083-SHL

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **JAMES LITTON**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18: § 1347-Mail Fraud-attempt and conspiracy
21: § 846 Attempt and Conspriacy

Date: 02/27/2020

*Issuing officer's signature*

City and state: Memphis, Tennessee

Thomas M. Gould-U.S. District Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 2/27/20, and the person was arrested on *(date)* 03/02/2020
at *(city and state)* Memphis TN

Date: 1/14/21

*Arresting officer's signature*

Richard Otto DUSM
*Printed name and title*

IA held 03/02/2020