✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ TENNESSEE

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| JAMES LITTON | Case Number:  2:19cr20083-1-SHL |

| PRESIDING JUDGE<br>Sheryl H. Lipman | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER<br>Candace Covey | COURTROOM DEPUTY<br>Sandra McClain |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 4/19/2021 | | | Kimberly Coleman |
| 1 | | 4/19/2021 | x | x | Photo |
| 2 | | 4/19/2021 | x | x | Map |
| 3 | | 4/19/2021 | x | x | Receipts |
| | 4 | 4/19/2021 | x | x | Prescription Policies |
| x | | 4/19/2021 | | | Kelly Medding |
| 5 | | 4/19/2021 | x | x | NORMC Pain Center Prescriptions (Collective) |
| x | | 4/19/2021 | x | x | Dr. Tricia Aultman |
| 6 | | 4/19/2021 | x | x | Binder |
| 7 | | 4/19/2021 | x | x | Binder |
| 8 | | 4/19/2021 | x | x | USB Drive |
| 9 | | 4/19/2021 | x | x | Binder |
| 10 | | 4/19/2021 | x | x | Binder |
| 11 | | 4/19/2021 | x | x | Binder |
| 12 | | 4/19/2021 | x | x | Binder |
| 13 | | 4/19/2021 | x | x | Binder |
| 14 | | 4/19/2021 | x | x | CD |
| 15 | | 4/19/2021 | x | x | Patient RX History Report - Kimberly Coleman |
| 16 | | 4/19/2021 | x | x | Patient Report - Jacques Felder |
| 17 | | 4/19/2021 | x | x | Patient RX History Report - Jacques Felder |
| 18 | | 4/19/2021 | x | x | Patient RX History Report - William Fite |
| 19 | | 4/19/2021 | x | x | Patient RX History Report - Demetrius Price |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)               **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | CASE NO. |
|---|---|---|---|---|---|
| United States of America | | | VS. | JAMES LITTON | 2:19cr20083-1-SHL |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 20 | | 4/19/2021 | x | x | Patient RX History Report - Gail Shepard |
| 21 | | 4/19/2021 | x | x | Patient Report - Curtis Tatum |
| 22 | | 4/19/2021 | x | x | Patient RX History Report  - Curtis Tatum |
| 23 | | 4/19/2021 | x | x | Patient Report - Gwendolyn Tatum |
| 24 | | 4/19/2021 | x | x | Patient RX History Report - Gwendolyn Tatum |
| 25 | | 4/19/2021 | x | x | Patient Report - Julie Wilkerson |
| x | | 4/19/2021 | | | Stephen Quindoza |
| 26 | | 4/19/2021 | x | x | Practitioner Provider Agreement |
| 27 | | 4/19/2021 | x | x | CD of Claims Data |
| 28 | | 4/19/2021 | x | x | CD of Claims Data for TN Medicaid Claims |
| 29 | | 4/19/2021 | x | x | CD of Claims Data for MS Medicaid Claims |
| 30 | | 4/19/2021 | x | x | Medicaid Claims Data |
| 31 | | 4/19/2021 | x | x | Medicare Claims Data |
| 32 | | 4/19/2021 | x | x | Medicare Claims Data |
| 33 | | 4/19/2021 | x | x | Medicare and Medicaid Claims Data |
| 34 | | 4/19/2021 | x | x | Medicare and Medicaid Claims Data |
| | | | | | JURY TRIAL - DAY 3 - Continued with Government's Proof |
| x | | 4/20/2021 | | | Stephen Quindoza resumes the stand |
| 35 | | 4/20/2021 | x | x | Evaluation and Management Services Report - Medicaid Claims |
| 36 | | 4/20/2021 | x | x | Evaluation and Management Services Report - Medicare Claims |
| 37 | | 4/20/2021 | x | x | Medicaid Claims Data |
| 38 | | 4/20/2021 | x | x | Medicare Claims Data |
| 39 | | 4/20/2021 | x | x | Medicare and Medicaid Claims Data |
| 40 | | 4/20/2021 | x | x | Medicare and Medicaid Claims Data |
| 41 | | 4/20/2021 | x | x | Medicaid Claims Data Summary - Gail Sheppard |
| 42 | | 4/20/2021 | x | x | Medicare Claims Data Summary - Gail Sheppard |
| 43 | | 4/20/2021 | x | x | Medicaid Claims Data Summary - Kimberly Coleman |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | United States of America | | VS. | JAMES LITTON | CASE NO. 2:19cr20083-1-SHL |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 44 | 4/20/2021 | x | x | Letter from CMS  dated April 20, 2017 |
| | 45 | 4/20/2021 | x | x | Letter from CMS  dated April 6, 2017 |
| | 46 | 4/20/2021 | x | x | FAX from Provider Inquiry Unit dated 6/19/2017 |
| x | | 4/20/2021 | | | Demetrius Price |
| x | | 4/20/2021 | | | Amy Smith |
| 47 | | 4/20/2021 | x | x | Text Conversation with Amy Davis |
| 48 | | 4/20/2021 | X | X | Iola Woodson Office Visit Form dated 10/3/2017 |
| 49 | | 4/20/2021 | X | X | Invoice from Amy Smith |
| 50 | | 4/20/2021 | x | x | OPTUM Audit |
| 51 | | 4/20/2021 | x | x | Email for Records Request |
| x | | 4/20/2021 | | | Kathryn Russell aka Nikki |
| 52 | | 4/20/2021 | x | x | Text Conversation with Sharon Stephens |
| 53 | | 4/20/2021 | x | x | Text Conversation |
| 54 | | 4/20/2021 | x | x | Text Conversation |
| x | | 4/20/2021 | | | Gail Sheppard |
| x | | 4/20/2021 | | | Sandra Miller |
| x | | 4/20/2021 | | | Jacques Felder aka Jackie |
| x | | 4/20/2021 | | | Lolita Horton |
| 55 | | 4/20/2021 | x | x | Text Conversation |
| | | | | | JURY TRIAL - DAY 4 - Continued with Government's Proof |
| x | | 4/21/2021 | | | Shirley Pickering |
| 56 | | 4/21/2021 | x | x | USB  Drive |
| 57 | | 4/21/2021 | x | x | Combined Prescriber Report - Benzodiazepines |
| 58 | | 4/21/2021 | x | x | Combined Prescriber Report - Carisoprodol (Soma) |
| 59 | | 4/21/2021 | x | x | Combined Prescriber Report - Codeine Only |
| 60 | | 4/21/2021 | x | x | James Litton Consolidated Quantity Greater Than 90 |
| 61 | | 4/21/2021 | x | x | Combined Prescriber Report - OxyContin |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | United States of America　　vs.　　JAMES LITTON　　CASE NO. 2:19cr20083-1-SHL |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| x | | 4/21/2021 | | | Special Agent Eric Branson |
| 62 | | 4/21/2021 | x | x | James Litton Prescriptions: February 2017 - August 2018 |
| 63 | | 4/21/2021 | x | x | Regions Bank Statement |
| 64 | | 4/21/2021 | x | x | Regions Bank - CMS Account Numbers |
| 65 | | 4/21/2021 | x | x | Schedule Phone List View |
| 66 | | 4/21/2021 | x | x | James Litton TennCare (Medicaid) Billing for In-Office Services June 28, 2018 |
| 67 | | 4/21/2021 | x | x | Controlled Substances Prescriptions Authorized by James Litton - June 27 - 29, 2018 |
| 68 | | 4/21/2021 | x | x | Consolidated Health Cash Deposits: February 2017 - August 2018 |
| 69 | | 4/21/2021 | x | x | Copies of Payroll Checks |
| 70 | | 4/21/2021 | x | x | Summary of Billing of 60-Minute Psychotherapy Sessions Between January 2018 - May 2018 |
| 71 | | 4/21/2021 | x | x | Copies of Payroll Checks from Consolidated Health Services |
| | | 4/21/2021 | | | Government Rests |
| | | 4/21/2021 | | | Defendant's Proof |
| | x | 4/21/2021 | | | James Litton |
| 72 | | 4/21/2021 | x | x | Summary of Prescriptions of Kathryn Russell |
| 73 | | 4/21/2021 | x | x | Investigative File |
| | | 4/21/2021 | | | Defense Rests |

Page 4 of 4 Pages