```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) No. 2:19-cr-20083-SHL |
| | ) |
| JAMES LITTON, | ) |
| | ) |
|     Defendant. | ) |

_____

                    SUPPLEMENTAL JURY INSTRUCTION 1
_____

    Members of the jury, I have received a note from you that reads "We have decided on one count but are having difficulty on getting a 12 member agreement on the 2nd count.  How do I proceed as to this 2nd count?"

    Members of the jury, I am going to ask that you return to the jury room and deliberate further.  I realize that you are having some difficulty reaching unanimous agreement, but that is not unusual.  And sometimes after further discussions, jurors are able to work out their differences and agree.

    I would ask that you now return to the jury room and resume your deliberations.