```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                      WESTERN DIVISION
```
_____

UNITED STATES OF AMERICA,        )
                                 )
    Plaintiff,                   )
                                 )
v.                               )   No. 2:19-cr-20083-SHL
                                 )
JAMES LITTON,                    )
                                 )
    Defendant.                   )
_____

### SUPPLEMENTAL JURY INSTRUCTION 2
_____

Members of the jury, I have received a note from you that reads "We have issues coming to an unanimous decision and now both counts are an issue.  Communication among jurors is breaking down and we have refusal to discuss any further.  Please advise as to the next course of action."

I realize that you are having some difficulty reaching unanimous agreement, but that is not unusual.  And sometimes after further discussions, jurors are able to work out their differences and agree.

Please keep in mind how very important it is for you to reach unanimous agreement. If you cannot agree, and if this case is tried again, there is no reason to believe that any new evidence will be presented, or that the next twelve jurors will be any more conscientious and impartial than you are.

You do not have to reach unanimous agreement on all the charges before returning a verdict on some of them. If you have reached unanimous agreement on some of the charges, you may return a verdict on those charges, and then continue deliberating on the others. You do not have to do this, but you can if you wish.

If you do choose to return a verdict on some of the charges now, that verdict will be final. You will not be able to change your minds about it later on.

Let me remind you that it is your duty as jurors to talk with each other about the case; to listen carefully and respectfully to each other's views; and to keep an open mind as you listen to what your fellow jurors have to say. And let me remind you that it is your duty to make every reasonable effort you can to reach unanimous agreement. Each of you, whether you

are in the majority or the minority, ought to seriously reconsider your position in light of the fact that other jurors, who are just as conscientious and impartial as you are, have come to a different conclusion.

Those of you who believe that the Government has proved the Defendant guilty beyond a reasonable doubt should stop and ask yourselves if the evidence is really convincing enough, given that other members of the jury are not convinced.  And those of you who believe that the Government has not proved the Defendant guilty beyond a reasonable doubt should stop and ask yourselves if the doubt you have is a reasonable one, given that other members of the jury do not share your doubt.  None of you should hesitate to change your mind if, after reconsidering things, you are convinced that other jurors are right and that your original position was wrong.

But remember this.  Do not ever change your mind just because other jurors see things differently, or just to get the case over with.  As I told you before, in the end, your vote must be exactly that--your own vote.  As important as it is for you to reach unanimous agreement, it is just as important that you do so honestly and in good conscience.

What I have just said is not meant to rush or pressure you into agreeing on a verdict.  Take as much time as you need to discuss things.  There is no hurry.

I would ask that you now return to the jury room and resume your deliberations.