# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CR. NO. 2:19-cr-20083-SHL** |
| ) | |
| **JAMES LITTON,** ) | |
| ) | |
| **Defendant.** | |

## POSITION AS TO THE PRESENTENCE INVESTIGATIVE REPORT

COMES NOW, Claiborne H. Ferguson, attorney for the Defendant, and files this, his Position as to the Presentence Investigative Report, Position with Respect to Sentencing Factors, and Sentencing Memorandum as follows:

### The Sentencing Hearing

Pursuant to the Local Rules, this is to notify the court that the defendant may call 2 or 3 witnesses and the sentencing hearing is expected to last for over one hour.

### Defense Counsel Certification

Defendant has been provided a copy of the PSR and has reviewed same with the defendant.  Defense Counsel has communicated the following position to the probation officer and Assistant United States Attorney in the form of this document, and an email sent today.

### Factual Objections

1. Defendant has not factual objections.

### Guideline Objections

2. Defendant has no objections to the calculation of the guideline range.

### SENTENCING MEMORANDUM

Counsel will file a Sentencing Memorandum this week under separate cover.

THEREFORE, we respectfully request this Court to sentence Mr. Litton to a below-guideline sentence.

Respectfully submitted,

The
CLAIBORNE ❀ FERGUSON
Law Firm, P.A.

294 Washington Avenue
Memphis, Tennessee 38103
(901) 529-6400

s/ Claiborne H. Ferguson
CLAIBORNE H. FERGUSON (20457)
Attorney for Defendant

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon all concerned parties, via the Court's electronic filing system, this the 10th day of September 2021.

s/ Claiborne H. Ferguson
CLAIBORNE H. FERGUSON (20457)