# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | )   Case No. 2:19-CR-20083-SHL |
| | ) |
| vs. | ) |
| | ) |
| JAMES LITTON, | ) |
| | ) |
| Defendant. | ) |

___

## POSITION OF PARTIES WITH RESPECT TO SENTENCING FACTORS
___

The United States respectfully submits that the government has no objections to the Presentence Investigation Report in the above-referenced matter.

Respectfully submitted,

JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section
United States Department of Justice

By:       */s/ Jillian Willis*
JILLIAN WILLIS
Assistant Chief, Health Care Fraud Unit
United States Department of Justice
Criminal Division, Fraud Section
1400 New York Ave. NW
Washington, DC 20005
(202) 257-5852
Jillian.Willis2@usdoj.gov

CERTIFICATE OF SERVICE

On September 14, 2021, I served a copy of this document by electronically filing it on the Court's electronic filing system.

                                                     */s/ Jillian Willis*
                                                   JILLIAN WILLIS
                                                   Assistant Chief
                                                   United States Department of Justice
                                                   Fraud Section, Criminal Division