September 15, 2021

Your Honor,

My son stands accused of charges that are totally out of character. I know him to be an honorable, kind, compassionate, and hardworking man. His main object was never to get rich, rather he wanted to help people and make a decent living for his family.

James has been working since his early teens. He got his first degree while going to school and working. After completion of his first degree, he married his high-school sweetheart, Ashley. During the early years of marriage, James continued to further his career by earning more degrees all while supporting his family.

James and Ashley have two children, Allie (19) and Joe (15), who desperately need their Dad at home. We, his parents, and his siblings and other family members need him at home.

For the past 2 ½ years we have suffered thru the uncertainty and anguish of wait-and-see. To know James is to know that money was never his objective. He was focused on helping his patients. He has a big heart which is mostly the reason he is in this circumstance. My opinion is he hired people that were did not share his level of passion for patient care and they had problems of their own. It is not my position to discuss his co-workers. My focus and his family's focus is basically to talk and James and ask Your Honor to show compassion and kindness. I would also like to ask that these 2 ½ years that he has been limited as to his movements be taken into consideration.

James has led a law-abiding life. He has never been arrested and has never had so much as a speeding ticket. My fondest hope is that that's a consideration as well.

Your Honor, I have no experience writing a statement such as this. My heart is heavy, and my mind is foggy. As a parent who knows their child as the good person he is, this is very hard to understand.

Please take his history into consideration and let your compassion guide your sentencing.

With kind regards,

Gerda Litton

Dr. Leo James Davis, Jr.
1385 Monteith Ave.
Hernando, MS  38632
706.247.2827


August 17, 2021

To Whom It May Concern:

I am writing this letter concerning my neighbor, James Litton.  I have known James for the last nine years.  Being his neighbor, I have always known James as a kind gentle person with the most helpful nature.  I see him as a very caring and forthright person.

I would like to vouch for James' good character.  Seven years ago, I was diagnosed with Muscular Dystrophy.  As my health has continued to decline, causing me to be in a wheelchair, James has faithfully helped me when I have fallen.  He has come to my home, regardless of the time of day or night, to assist me in getting into bed or back into the wheelchair.  Without his generous help, I would have had to call an EMT.  As a Physician, I have found James to be extremely proficient, knowledgeable, and current in regards to his profession.

I am aware of the charges and sentencing James is facing.  I would like to plead for leniency in this sentencing phase.  He has a Daughter in college and a Son in high school.  He is very close to both, and they need their Father's guidance during their last years at home.  In addition, this will place a hardship on the family's finances, leaving his wife Ashley, as the only source of income.

I would like for you to consider this character letter before passing a sentence.

Thank you, please feel free to contact me.

Sincerely yours,


Dr. Leo James Davis, Jr.
ENT Physician, Retired

Dr. Leo Davis

Cell #
706-247-1684

To whom it may concern,

I met James Litton when i made an appointment at the Delta Medical Center Pain Clinic. When i met James I had no confidence that i would get any relief from Chronic Pain Syndrome that i had been going through since around 2002. The reason, at first, I had little confidence was because i had been to other Pain Management Clinic's Semme's Murphy, May & Schnapp and the results for me ended badly. After several epidurals at Semmes Murphy i had gotten no relief from the pain and the bills i was recieving from them were very large and i had no relief to justify the costs. They finally sent me to a Doctor who prescribed pain medication, that helped for awhile, however i was told by telephone one afternoon out of the blue, no warning that they would no longer treat me because they were stoppinng opiod treatment and suggested i find another pain treatment center.

My PCP physician sent me to May&Schnapp, one of the biggest nightmares I had every went through. They would insert seven, what looked like syringes from the 50's, into my back and let me lie there until Doctor would come in, usually 20 minutes or so later. They called this "trigger point" treatment, a practice not used by most Doctors by this point because it simply did not work. My left leg and foot would go numb, i would often twist my ankle do to lack of feeling. I also had severe chest wall pain that was treated by a nuerologist by injecting me in the chest in every ribs cartlidge with long acting ladocaine and steriods. Somewhere along the way i became allergic to steriods and Tachycardia was the result, very high heartrates.

When i finally went to Delat Pain Center amd met James he understand the causes of pain and the dynamics behind the pain. He treated me with respect and did not treat me like a drug seeker, which i was not, however a point comes when pain medication is the last resort. James understood this, i had been through gauntlet of almost worthless treatments at a huge cost on my body and financially.

1

James Litton was the most understanding and compassionate Specialist i had seen, i couldn't believe i may finally get some relief. He listened intently, did not forget who you were on your next vist, did not adhere to the "15 second" rule, he spent the time to understand what was happening with each patient and formulated a plan based on the person and not production line way to make money. I saw James ask certain people not to come back because they were drug seekers, he weeded out the pain from the fraud.

In 2011 i had an L.A.D (widowmaker) heart attack. I fought so hard to stay alive that i damaged my chest worse than it was before, personally i think it was strain, pushing out hard trying to keep my heart beating. James understood that epidurals, surgery would be dangerous for me because of my weak heart and blood thinners i was taking. So he tried pain control, it took a long time to build me up to a point where my pain was much lower than before, i was able to almost enjoy my life after my cardiologist disabled me due to me heart.

There is so much more to this story, in 2016 i was diagnosed with Chronic Pancreantitis and exocrine pancreatic deficincy, meaning I have tremendous pain, worse than ever, horrible pain 24 hours a day. I cannot digest my food without taking several Creon (pig pancreas digestive enzymes) every single time i eat. My PCP is treating my pain for this, however the pain never stops.

James Litton was a Pain Specialist, not a production line Doctor caring only about money but about his patients. He saved so many people from hoplessness and even the thoughts of moving on to the next world. I t is very hard for people and especially most Doctors to understand the world of chronic pain, it is real, it is not psychological and it's something that is very prevalent.

I can say this with truth that James cared, cared about his patients and quality of life. Which is hard to understand if you have quality of life going

2

for you, a lot of us do not.

In closing I'd like to say James Litton was not only the best pain specialist in the mid-south area but also one of the best men i have ever met and i mean that sincerely. Whoever reads this letter let it be known that I have told the truth about a man who has been through the wringer on someone's whim and for the life of me I do not understand this.

Sincerely,

Bobby G. Hopper sr.

To whom it may Concern:

I was a patient of James Litton until
he was forced out of business. I was referred
to him by Anita Golden Simmons because
of the deteriorating condition I have with
my lower back and right hip - caused
from surgeries and severe arthritis resulting
in intense pain.

I was suing a doctor with Memphis Pain
Center that was not helping me at all.
At one point he was doing a procedure
of an injection through my tail bone.
This was so painful I was crying and
begging him several times to stop. He
refused saying he was almost to the nerve
and for me to be patient. This procedure

did not help my condition - if anything it
was worse and more painful.

Later on during my time with James he
did the exact same procedure - not one time
hurting me. During the procedure he was
constantly asking me if I was okay. He even
ask the nurse to stand by and hold my hand
because he knew how scared I was because
of my previous experience. But he felt
I would benefit from the procedure being
done the right way. Which it did give me
relief for about a month. He was so concerned
about me that he called that night to
see how I was. He called - not an assistant.
That was proof - he cared about his patients
and their health and well being.

He took the time to show me my
X-rays and MRI's. He explained so
that I could understand my condition

He came in the exam rooms, sat down
and spent time asking how I was doing -
how my meds were affecting me and
if I felt we needed to make any changes.
He never rushed through my time.
He never walk in - threw prescriptions at me
and walked out the door.
He was always professional and ethical.
He always showed understanding and concern
for my health and well being.
He is the only one that I have been to in
the last few years that has helped me.
It is a shame his patient can no longer

benefit from his expertise.

It is extremely rare these days to find
someone that will stop and take the time
to understand what patients with chronic
pain have to live with.

James was that person. He had a compassion
for his work and those of us that were able
to benefit from his knowledge.

If he were to ever open another practice
I would be the first one in the door.

Sincerely,
Barbara Jean Looney
8/12/21

To the honorable judge,

My name is Bobby Jean Stewart, and I am writing this letter on behalf of my long-time colleague and dear friend James Litton. I met Mr. Litton at Delta Medical Center during my tenure as a novice Advance Practice Registered Nurse. He was working in radiology and assisting the physicians with medically necessary procedures in this underserved community.  The Emergency Department was a fast-paced limited resource environment that required a multidisciplinary healthcare team to give our patients the best healthcare possible. The physicians and I heavily relied upon Mr. Litton to give us a clinical impression of our patient's x-ray, ultrasound, CT scan and MRI in order to make critical lifesaving decisions.   There are very few Advance Practice Registered Nurses (APRN) that possess his unique ability to function as an interventional radiologist because it is not a routine part of APRN training. Mr. Litton has invested time and money to excel in our profession and acquire advance skills to save patient's lives. I recall several hemodialysis patients that I treated in the emergency department request his service to trouble shoot their dialysis catheters because the ones that he placed lasted the longest.

I also had the pleasure of working with him on an outpatient basis in a medical clinic as a provider. Mr. Litton and I had a very successful professional relationship. We would collaborate on behalf of our patients and share the responsibility of managing their primary, secondary, and tertiary conditions.  I would consult him for my patients that were experiencing acute and chronic pain and he would refer patients to me for my opinion on whether they required transfer to the emergency department based upon their clinical presentation. The office staff often sought his professional medical opinion on their medical concerns, and he freely provided them counsel. I had a personal issue with a medical device that my Obstetrician had placed and when I was unable to get an appointment Mr. Litton provided treatment for me at no cost.  Mr. Litton has also saved many lives by helping patients with substance use disorder receive lifesaving detox treatment which is very expensive at a discount. He has shared personal stories of family member and friends that the opioid and other substance use disorders have fatally impacted.

The Nurse Practitioner role was designed to meet the ongoing patient demands with physician oversight.  While working at The Getwell Clinic Mr. Litton and myself were autonomous and I never recall a time that either one of us had to contact the physician to come and see a patient. This allowed our supervising the opportunity to merely sign off the required number of charts as outlined by the Tennessee Board of Nursing and receive the maximum reimbursement from the insurance company. The salary of a Nurse Practitioner is understandably significantly less than that of a physician for obvious reasons. However, that does not reflect the amount of work or the level of skill that an APRN possesses. For example, Mr. Litton has the credentials to place vascaths which are a lifesaving catheter that is placed in the internal jugular vein of an end stage renal disease patient to filter and cleanse their blood. The reimbursement that he receives in minimal compared to that of an Interventional Radiologist because of rank and file. However, patients have told me that Mr. Litton's catheters have lasted longer so this is beneficial to the patient, dialysis center, insurance company and the hospital. Mr. Litton provides cost efficacious service that is of little benefit to him financially, but he provides the service to the public.  Presently, I am working travel assignments around the country and there is a significant shortage of healthcare workers.  Our shortage is impacting the potential life sustaining care that we can give to our fellow citizens.  Mr. Litton should be on the front lines serving others through his gift of practicing as a healthcare provider. Your Honor please take my words into consideration and clear Mr. Litton of any allegations of any wrongdoing.  Especially as it relates to finances because I have worked

side by side with this gentleman. He is unmotivated by money and solely interested in positive patient outcomes.

Thank you for taking out time to read my personal account of the character and heart of Mr. James Litton.

Respectfully,

Bobby Stewart MSN, APRN, FNP-BC (Tennessee License #17459)


I will be glad to provide in-person or cell phone testimony regarding the statement provided above. My cell phone number is: 731-414-5414





294   2:30

8/2/21

To Whom It May Concern:

I Betty Jean Jackson was a patient of James Litton for my pain management. I am a diabetic and I have arthritis that cause me great pain. After all those years of pain James was the only one who listen to my problems an examine me and treated me with medication. It was not until I went to him that I got some relief. During my time of going to James I continued to go to other doctors and had bad stomach problems. My other doctors said it was acid reflux and nerves stomach. James listen to me so I told him about all the medication prescribed that didn't work. After examining me James told me to tell them to check my gallbladder. Thanks to James I had it removed because it was leaking bile into my system. I would be glad to

have James Litton again for my
Pain management. He is a good and
Caring person.

Thank You,
Betty G. Jackson
8/2/21

8/1/21

To Whom It May Concern:

I, Christi Jackson, was a patient of James Litton. I was referred to James Litton after being in pain and trying different medication for years. I have arthritis all through my body, also have degenerative disc disease which affect four discs in my back. Eventhough I know my conditions can't be cured but when I was going to James Litton, he found treatment with medication that cause me to tolerate my pain. Since then I was referred to another pain treatment center and they tried other medication which didn't work. They gave me four nerve block treatments. The injections were suppose to last a long period of time but after two to three days I was back in more pain. They did a nerve block to destory the nerves in my back but it made my pain worse so I stopped going because they wanted to do a fifth nerve block when the others didn't work, they weren't listening to me. I wish I can see James Litton again because he listen to me about my problems and look for treatments that helped me to tolerate my pain. If any questions are needed to be asked of me my number is (662) 560-9462

Christi Jackson 8/1/21