# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CR. NO. 2:19-cr-20083-SHL |
| | ) |
| **JAMES LITTON,** | ) |
| | ) |
| Defendant. | |

## NOTICE OF FILING

COMES NOW, Claiborne H. Ferguson, attorney for the Defendant, and files this NOTICE and attaches to it the following documents that were inadvertently left off the Sentencing Memorandum (Doc # 143). The following are attached as a collective exhibit, Exhibit B to the memorandum:

1. Letter from Justin German – patient.

2. Letter from Mr. Litton's Parents.

3. Redacted Copy of my IOLTA trust account showing that Mr. Litton has paid into my office the restitution per the PSR: $61,145.00. Counsel is awaiting instructions from the government as to where to forward funds.

        Respectfully submitted,

        The
**The CLAIBORNE FERGUSON Law Firm, P.A.**

294 Washington Avenue
Memphis, Tennessee 38103
(901) 529-6400

s/ Claiborne H. Ferguson
CLAIBORNE H. FERGUSON (20457)
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon all concerned parties, via the Court's electronic filing system, this the 14th day of October 2021.

s/ Claiborne H. Ferguson
CLAIBORNE H. FERGUSON (20457)