2-16-19

To Who it May Concern,

I am an ex Patient of James Litton. MR. Litton was By far one of the Best DR. el Ever had Never once Did he Push anything on me. He always met with me and we decided together as a team what would Be Best. MR Litton also was very Careful about certain Drugs he gave me with my health and he would talk to me about addiction and el did Not Need that.

MR. Litton also Saved my Life Not once But twice one Case was 2 Different DR's Prescribed me 2 Different Medication that were Not to Be taken together

The Second Situation was el was in the hospital for a Month with Major Surgery on my Leg Well once Released from hospital el had a visit scheduled with James well el was Not feeling well at all Come to find out el had Pneumonia and another Viruss they Never Started me on any antibiotics James Immediatly Put me on Bactrum it worked the ER DR Stated No Doubt James Saved my Life.

Thanks

901-607-7122

Justin P German

September 15, 2021

Your Honor,

My son stands accused of charges that are totally out of character. I know him to be an honorable, kind, compassionate, and hardworking man. His main object was never to get rich, rather he wanted to help people and make a decent living for his family.

James has been working since his early teens. He got his first degree while going to school and working. After completion of his first degree, he married his high-school sweetheart, Ashley. During the early years of marriage, James continued to further his career by earning more degrees all while supporting his family.

James and Ashley have two children, Allie (19) and Joe (15), who desperately need their Dad at home. We, his parents, and his siblings and other family members need him at home.

For the past 2 ½ years we have suffered thru the uncertainty and anguish of wait-and-see. To know James is to know that money was never his objective. He was focused on helping his patients. He has a big heart which is mostly the reason he is in this circumstance. My opinion is he hired people that were did not share his level of passion for patient care and they had problems of their own. It is not my position to discuss his co-workers. My focus and his family's focus is basically to talk and James and ask Your Honor to show compassion and kindness. I would also like to ask that these 2 ½ years that he has been limited as to his movements be taken into consideration.

James has led a law-abiding life. He has never been arrested and has never had so much as a speeding ticket. My fondest hope is that that's a consideration as well.

Your Honor, I have no experience writing a statement such as this. My heart is heavy, and my mind is foggy. As a parent who knows their child as the good person he is, this is very hard to understand.

Please take his history into consideration and let your compassion guide your sentencing.

With kind regards,

*James W Litt*
*Gerda Litton*
Gerda Litton

# FIRST HORIZON.
P.O. BOX 84
MEMPHIS, TN 38101

ATTORNEY TRUST - IOLTA / IOTA

00006775 TFTSTRMT100121040252 10 000000000 002 P

THE CLAIBORNE FERGUSON LAW OFFICE
IOLTA TN BAR FOUNDATION
294 WASHINGTON AVE
MEMPHIS TN 38103-1912

**CUSTOMER INFORMATION**
ACCOUNT NUMBER
STATEMENT DATE

**CUSTOMER SERVICE INFORMATION**
Customer Service: 1-888-382-4968
Visit Us Online: www.firsthorizon.com
Follow Us On Facebook!
Follow Us On Twitter!

| ACCOUNT SUMMARY | DATE | BALANCE OF YOUR FUNDS |
|---|---|---|
| PREVIOUS BALANCE | 08/31/21 | |
| 2 DEPOSITS TOTALING | | |
| 1 WITHDRAWAL TOTALING | | |
| NEW BALANCE | 09/30/21 | |

**CHECKING ACCOUNT TRANSACTIONS**   FOR THE PERIOD FROM 09/01/21 THROUGH 09/30/21

### ACCOUNT HISTORY

| DATE | AMOUNT | DESCRIPTION | CARD # |
|---|---|---|---|
| 09/16 | $61,145.00 | DEPOSIT — Lifter | 0000 |
| 09/22 | $1,485.40 | DEPOSIT Colburn (webs), Azurbr 1225 | 0000 |

### CHECKS PAID SUMMARY

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09/24 | 1069 | $4,900.00 | | | | | | |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 09/16 | | 09/22 | | 09/24 | | | |

Member FDIC